```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

DONALD DENNIS,                   :
                                 :
    Plaintiff,                   :     CIVIL ACTION 11-0408-WS-M
                                 :
v.                               :
                                 :
JOJO SCHWARZAUER,                :
                                 :
    Defendant.                   :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

DONE this 6th day of April, 2012.

<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE