```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

DONALD DENNIS,                  :
                                :
    Plaintiff,                  :       CIVIL ACTION 11-0408-WS-M
                                :
v.                              :
                                :
JOJO SCHWARZAUER,               :
                                :
    Defendant.                  :

<u>JUDGMENT</u>

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of the Defendant.

DONE this 6th day of April, 2012.

<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE